**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
AUG 19 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ANTONIO COLBERT, )
)
Plaintiff, )
)
v. ) Civil Action No. 10 1402
)
U.S. ATTORNEY'S OFFICE, )
)
Defendant. )

**MEMORANDUM OPINION**

This matter is before the Court upon consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff brings this civil action against the United States Attorney's Office because of its staff's "unwillingness to do their jobs," that is, to take plaintiff's complaints. Compl. at 2. He is "only sueing [sic] for $10,000.00 dollars," *id.*, and he appears to demand injunctive relief, *see id.*

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to

(K)

3

prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint does not contain a short and plain statement of the grounds upon which the Court's jurisdiction depends or a claim that plaintiff is entitled to the relief he seeks. For these reasons, the complaint will be dismissed for its failure to comply with Rule 8(a). An Order consistent with this Memorandum Opinion is issued separately.

Gladys Kessler
United States District Judge

DATE: Aug. 12, 2010